Henry F. Clarke, appellee, v. Charles White, appellant. **Gen. No.** 27,131.
Action for commission on the sale of real estate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 27, 1922. Rehearing denied July 10, 1922.
Bernstein, Zolla & Bernstein, for appellant; Fred Bernstein and Charles Berger, of counsel. William M. Lawton, for appellee.
Mr. Justice Morrill delivered the opinion of the court.

---

Henry Meinshausen, appellee, v. Arthur W. Dickinson, appellant. Gen. No. 27,143.
Action for commissions for procuring purchasers of real estate. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Frank S. Righeimer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of fact. Opinion filed June 27, 1922. Rehearing denied July 10, 1922.
E. C. Howard, for appellant. C. Oscar Carlson, for appellee.
Mr. Justice Morrill delivered the opinion of the court.

---

Adams & Elting Company, appellee, v. W. P. Nelson Company, appellant. Gen. No. 27,219.
Action on an open account for paint sold and delivered to defendant. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 27, 1922.
Mayer, Meyer, Austrian & Platt, for appellant. Thomas H. Maddock, Jacob H. Jaffe and Vincent J. Green, for appellee.
Mr. Justice Morrill delivered the opinion of the court.

---

John J. Eddingfield, appellee, v. James Gordon, appellant. Gen. No. 27,380.
Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 27, 1922.
Becker & Horwich, for appellant. William Reeda and Oke L. Pearson, for appellee.
Mr. Justice Morrill delivered the opinion of the court.

---

Ben Linton, appellee, v. C. Barmore Cook, appellant. **Gen. No.** 27,421.
Action for damage to plaintiff's automobile by a collision with one driven by defendant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of fact. Opinion filed June 27, 1922.
Julian C. Ryer, for appellant. Tone & Challinger, for appellee.
Mr. Justice Morrill delivered the opinion of the court.